# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 511-2020-02529 |

Florida Commission On Human Relations                                         and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Sandra Curet | (352) 403-5129 | 1975 |

Street Address: 9443 Vancouver Road, Spring Hill, FL 34608

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ULTA SALON COSMETICS FRAGRANCES INC | Unknown | 630 296 1534 |

Street Address: 7211 Coastal Blvd, Brooksville, FL 34613

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Emma Leilefeld-Assistan Relation Specialist | | 630 296 1534 |

Street Address: 1000 Remington Blvd ste #120 Bolingbrook, IL 60440

DISCRIMINATION BASED ON *(Check appropriate box(es).)*:
☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-01-2019    Latest: 10-04-2019
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I began to work for Respondent since April 2018 as hairdresser. During my tenure, I was harassed and treated differently than my non-Black Hispanics. For example, Respondent reduced my hours and gave it to Tiffany Antonello Sauza. Respondent also told me to clean toilets; yet, no one else was instructed to do the same because it was not part of our duties since Respondent has a company that takes care of those duties. During my tenure, I complained several times including March 2019. Despite my complaints, Respondent continued with the harassment by changing my hours, and making fun of my work in front of my clients. Thus, I complained again in September 2019 to HR that I was being discriminated against because of my color and Respondent instead of correcting the issues, discharged me in retaliation on October 4, 2019. Respondent said that it was because I allegedly used too much products or I discard products, which is not true. The manager is the person who discard products; not me.

I believe I have been discriminated against because of my national origin, Hispanic, my color, Black and in retaliation in violation of the Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: March 20, 2020
Charging Party Signature: *Sandra L. Curet*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT: *Sandra L. Curet*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*: 03/20/2020

# EXHIBIT B

EEOC Form 161 (11/2020)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Sandra I. Curet<br>9443 Vancouver Road<br>Spring Hill, FL 34608 | From: | Tampa Field Office<br>501 East Polk Street<br>Room 1000<br>Tampa, FL 33602 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 511-2020-02529 | Hatto Parra,<br>Investigator | (813) 202-7941 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Evangeline Hawthorne*     **April 28, 2021**

Enclosures(s)     **Evangeline Hawthorne,**     *(Date Issued)*
**Director**

cc:
   **Julie Stockton, Associate**
   **Ulta- c/o Littler Mendelson, P.C**
   **2301 McGee Street, 8th Floor**
   **c/o Littler Mendelson, GSC**
   **Kansas City, MO 64108**

Enclosures(s)

cc: Nancy E. Beyer
Ulta Salon Cosmetics Fragrances Inc.
2301 MCGEE ST
STE 800
Kansas City, MO 64108